IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:14-03088-CR-RK |
| | ) | |
| JOHN DENNIS SEDERSTEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Before the Court is Defendant John Sedersten's pro se motion for reconsideration (Doc. 42) of his motion for compassionate release (Doc. 37). The Court denied Defendant's motion for compassionate release on May 11, 2020. (Doc. 40.) Defendant now moves for reconsideration. In support of his motion, Defendant has filed a document, allegedly proving his administrative remedies have been satisfied. (Doc. 44-1.) The Court remains unsatisfied Defendant's administrative remedies were satisfied. However, even if Defendant exhausted his administrative remedies, he still fails to establish extraordinary and compelling reasons for his release, particularly in light of his criminal history and the significant economic danger he poses to the community.

Accordingly, it is hereby **ORDERED** that Defendant Sedersten's motion for reconsideration (Doc. 42) is **DENIED.**

IT IS SO ORDERED.

        s/ Roseann A. Ketchmark
        ROSEANN A. KETCHMARK, JUDGE
        UNITED STATES DISTRICT COURT

DATED: June 19, 2020